FILED
2012 Sep-26 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **RICHARD ANTHONY MARTIN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) |
| | ) **CASE NO. 5:12-cv-1058-CLS-PWG** |
| **WARDEN DAVENPORT;** | ) |
| **THE ATTORNEY GENERAL FOR** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and with Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED, and DECREED that the petition for writ of habeas corpus is DENIED.

As to the foregoing it is SO ORDERED this the 26th day of September, 2012.

_____
United States District Judge